| | |
|---|---|
| From: | Wright.Gretta |
| To: | usms.foia@usdoj.gov |
| Subject: | FOIA Request to United States Marshals Service |
| Date: | Tuesday, January 07, 2020 4:23:00 PM |
| Attachments: | USMS FOIA Request.pdf |

Ms. Luckstone,

Attached please find my request submitted under the Freedom of Information Act. Please do not hesitate to contact me if you have any questions or need any additional information. I greatly appreciate your time and assistance with this matter.

Sincerely,

Gretta Wright
Paralegal, Capital Habeas Unit
Federal Defender Services of Eastern Tennessee, Inc.
800 South Gay Street, Suite 2400
Knoxville, Tennessee 37929-9714
Main: 865.637.7979
Direct: 865.595.3477

**Attachment 9**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | usms.foia@usdoj.gov |
| **Subject:** | Relayed: FOIA Request to United States Marshals Service |
| **Date:** | Tuesday, January 07, 2020 4:23:59 PM |
| **Attachments:** | FOIA Request to United States Marshals Service.msg |

Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

usms.foia@usdoj.gov (usms.foia@usdoj.gov) <mailto:usms.foia@usdoj.gov>

Subject: FOIA Request to United States Marshals Service

**Attachment 9**

# FEDERAL DEFENDER SERVICES
## OF EASTERN TENNESSEE, INCORPORATED
800 S. Gay Street, Suite 2400
Knoxville, Tennessee 37902

Elizabeth B. Ford
Federal Community Defender

Telephone 865-637-7979
Fax      865-637-7999

January 7, 2020

Charlotte M. Luckstone
FOIA Officer
U.S. Marshals Service
Office of General Counsel
CG-3 15th Floor
Washington, DC 20530-0001

Re: Request under Freedom of Information Act.

Dear Ms. Luckstone,

In my official capacity as a paralegal in the Capital Habeas Unit ("CHU") at Federal Defender Services of Eastern Tennessee, Inc. ("FDSET"), I submit this request for records pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and U.S. Department of Justice ("DOJ") regulations.

This request is for the following records from January 1, 2019, to the present of DOJ components, including, but not limited to, the Office of the Attorney General, the Office of the Deputy Attorney General, the Office of the Associate Attorney General, United States Marshals Service ("USMS") Office of the Director, USMS Office of the Deputy Director, USMS Office of General Counsel, USMS Office of Chief of Staff, USMS Office of Acting Chief of District Affairs, USMS Operations Division, USMS Administrative Division, and USMS Financial Services & Procurement:

1. Records relating to or pertaining to the search and procurement of Nembutal, pentobarbital, or pentobarbital sodium for use in federal executions, including, but not limited to, documents, files, memoranda, meeting minutes, correspondence, email, text messages, requests for bids, notifications to, or other communications with vendors, requests for information, solicitation for information, subcontracting leads, and contract awards to vendors, subcontractors, or third-parties.

2. Records including, but not limited to, documents, files, memoranda, meeting minutes, correspondence, email, text messages, requests for bids, notifications to, or other communications relating to or pertaining to the manufacturer of the Active Pharmaceutical Ingredient ("API"), distributor, and compounder of Nembutal, pentobarbital, or pentobarbital sodium for use in federal executions

**Attachment 9**

referenced by Attorney General William Barr on page 12 in his Application for Stay or Vacatur of Injunction Issued by the United States District Court for the District of Columbia that was filed on December 2, 2019, at the United States Supreme Court in *Barr v. Roane*, No. 19A615. A copy of page 12 is provided for your convenience and reference.

3. Records including, but not limited to, documents, files, memoranda, meeting minutes, correspondence, email, text messages, notifications to, or other communications relating to or pertaining to the Federal Bureau of Prison's ("BOP") recommendation of the single-drug pentobarbital lethal injection protocol reviewed by Attorney General Barr that he directed BOP to adopt for federal executions, which was referenced by Attorney General William Barr on page 13 in his Application for Stay or Vacatur of Injunction Issued by the United States District Court for the District of Columbia that was filed on December 2, 2019, at the United States Supreme Court in *Barr v. Roane*, No. 19A615. A copy of page 13 is provided for your convenience and reference.

4. Records including, but not limited to, documents, files, memoranda, meeting minutes, correspondence, email, text messages, notifications to, or other communications relating to or pertaining to BOP's confirmation with the Drug Enforcement Administration ("DEA") that the domestic manufacturer and domestic compounder who have been contracted with to produce of Nembutal, pentobarbital, or pentobarbital sodium for use in federal executions are properly registered, as stated by Attorney General William Barr on page 12 in his Application for Stay or Vacatur of Injunction Issued by the United States District Court for the District of Columbia that was filed on December 2, 2019, at the United States Supreme Court in *Barr v. Roane*, No. 19A615. A copy of page 12 is provided for your convenience and reference.

5. Records including, but not limited to, documents, files, memoranda, meeting minutes, correspondence, email, text messages, notifications to, or other communications relating to or pertaining to BOP's confirmation with the Drug Enforcement Administration that both the active pharmaceutical ingredient and injectable solution to be used in federal executions passed quality-assurance testing, as stated by Attorney General William Barr on page 12 in his Application for Stay or Vacatur of Injunction Issued by the United States District Court for the District of Columbia that was filed on December 2, 2019, at the United States Supreme Court in *Barr v. Roane*, No. 19A615. A copy of page 12 is provided for your convenience and reference.

Please search for responsive records regardless of format, medium, or physical characteristics. We request records of any kind, including paper records, electronic records, audiotapes, videotapes, photographs, data, and graphical material. This request includes without limitation all correspondence, letters, emails including any attachments to emails and other record, text messages, facsimiles, telephone messages, voice mail messages, and transcripts, notes, or minutes of any meetings, telephone conversations, or discussions, and any attachments

**Attachment 9**

to other records.

 Should you determine any portion of the requested records is exempt from disclosure, we request that you provide us with an index of those documents as required under *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973). If some portions of the requested records are properly exempt from disclosure, please disclose any reasonably segregable non-exempt portions of the requested records. *See* 5 U.S.C. § 552(b). Should you determine that a document contains non-exempt segments, but that those non-exempt segments are so dispersed throughout the document as to make segregation impossible, please state what portion of the document is non-exempt, and how the material is dispersed throughout the document. *See Mead Data Central v. U.S. Dep't of the Air Force*, 566 F.2d 242, 261 (D.C. Cir. 1977).

 FDSET is a non-profit corporation supported by a renewable grant from the Administrative Office of the Courts of the United States that represents indigent defendants by appointment from the federal courts. FDSET's CHU represents Terry Lynn King, who is indigent, in litigation pending in the U.S. District Court for the Middle District of Tennessee in litigation related to the pharmaceutical ingredients and protocols employed by the State of Tennessee in its lethal injection executions. *King v. Parker*, No. 3:18-cv-01234 (M.D. Tenn.). The United States Supreme Court decision in *Glossip v. Gross*, 135 S. Ct. 2726 (2015), places the burden on a petitioner challenging the method of execution to propose an alternative method of their execution and an available means to obtain drugs for the proposed alternative method. The requested information would provide a potential source of Pentobarbital for an alternative method of execution to satisfy the two-prongs discussed in *Glossip*. The release of the requested information is not in the financial interests of myself, FDSET, or its client Mr. King, and is not for any commercial use. As such, please inform me of the estimated fee for processing this request as allowed under 5 U.S.C. §§ 552(a)(4)(ii)(III), (a)(4)(iv), and the applicable DOJ regulations.

 Where possible, please produce records in electronic format. You may send the requested records to either to my email address, Gretta_Wright@fd.org, or addressed to my attention at Federal Defender Services of Eastern Tennessee, Inc., 800 South Gay Street, Suite 2400, Knoxville, TN 37929-9714. If you have any questions concerning this request, please do not hesitate to contact me via the email address listed above, or by telephone at (865) 637-7979. Thank you for your time, attention, and assistance in this matter.

 Sincerely,

 FEDERAL DEFENDER SERVICES
 OF EASTERN TENNESSEE, INC.

 *[signature]*

 Gretta Wright, Paralegal
 Capital Habeas Unit

/gw
Attach.: (1)

**Attachment 9**

No. 19A-_____

IN THE SUPREME COURT OF THE UNITED STATES

IN RE FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES

APPLICATION FOR A STAY OR VACATUR OF THE INJUNCTION ISSUED BY
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

> NOEL J. FRANCISCO
>   Solicitor General
>     Counsel of Record
>   Department of Justice
>   Washington, D.C. 20530-0001
>   SupremeCtBriefs@usdoj.gov
>   (202) 514-2217

**Attachment 9**

12

BOP observed, moreover, that inmates challenging three-drug protocols in other States have often argued that pentobarbital would be a constitutionally valid alternative. A.R. 932 (citing cases); see Glossip, 135 S. Ct. at 2738; see also Zagorski v. Parker, 139 S. Ct. 11, 11-12 (2018) (Sotomayor, J., dissenting from denial of certiorari and denial of a stay) ("Pentobarbital, a barbiturate, does not carry the risks [of other drugs used in lethal injections, because it] is widely conceded to be able to render a person fully insensate."); Arthur v. Dunn, 137 S. Ct. 725, 726-728 (2017) (Sotomayor, J., dissenting from denial of certiorari) (noting that the inmate had proposed that Alabama use a single-drug pentobarbital protocol to execute him).

Finally, BOP explained that the single-drug pentobarbital protocol was preferable to other alternatives because using a single drug "reduces the risk of errors in administration" and could be more reliably obtained. A.R. 931. BOP stated that it had located a domestic manufacturer and a domestic compounding pharmacy to produce the drug, that it had conferred with the Drug Enforcement Administration to ensure those entities were properly registered, and that both the active pharmaceutical ingredient and the injectable solution had passed quality-assurance testing. Id. at 872, 932-933. BOP also consulted with two medical experts, both of whom "concluded that the protocol would produce a humane death," and with the USMS, which "concurred" with the modified

**Attachment 9**

13

protocol and maintains a supervisory role in executions. A.R. 872, 931; see A.R. 1069.

4. After reviewing BOP's recommendation, the Attorney General in July 2019 directed BOP to adopt the single-drug pentobarbital protocol it had proposed. A.R. 868. As relevant here, the Attorney General then directed BOP to schedule execution dates for respondents, each of whom was convicted more than 15 years ago and has fully exhausted all permissible appeals and collateral challenges. See App., infra, 2a.

The first execution, scheduled for December 9, 2019, is of Daniel Lewis Lee -- a member of a white supremacist organization who was convicted of murdering all three members of an Arkansas family, including an eight-year old girl, by shooting them with a stun gun, duct-taping plastic bags over their heads, weighing down their bodies with rocks, and drowning them in a bayou. App., infra, 2a; see United States v. Lee, 374 F.3d 637, 641 (8th Cir. 2004), cert. denied, 545 U.S. 1141 (2005). Additional executions are scheduled in December and January for Wesley Ira Purkey, who kidnapped, raped, murdered, and dismembered a sixteen-year-old girl, United States v. Purkey, 428 F.3d 738, 744-745 (8th Cir. 2005), cert. denied, 549 U.S. 975 (2006); Alfred Bourgeois, who tortured and then murdered his two-year-old daughter, United States v. Bourgeois, 423 F.3d 501, 503-505 (5th Cir. 2005), cert. denied, 547 U.S. 1132 (2006); and Dustin Lee Honken, who murdered

**Attachment 9**

38

## CONCLUSION

The district court's injunction should be stayed or vacated.

Respectfully submitted.

                NOEL J. FRANCISCO
                  _Solicitor General_

DECEMBER 2019

**Attachment 9**

No. 19A

## IN THE SUPREME COURT OF THE UNITED STATES

IN RE FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES

### CERTIFICATE OF SERVICE

It is hereby certified that all parties required to be served have been served with copies of the **APPLICATION FOR A STAY OR VACATUR OF THE INJUNCITON ISSUED BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**, via e-mail and first-class mail, postage prepaid, this 2th day of **December 2019**.

[See Attached Service List]

Noel J. Francisco
Solicitor General
   Counsel of Record
Department of Justice
Washington, D.C. 20530-0001
(202) 514-2217

**November 2, 2019**

    Due to the continuing delay in receiving incoming mail at the Department of Justice, in addition to mailing your brief via first-class mail, we would appreciate a fax or email copy of your brief. If that is acceptable to you, please fax your brief to Charlene Goodwin, Case M

**Attachment 9**

FEDERAL BUREAU OF PRISONS' EXECUTION PROTOCOL CASES

Billy H. Nolas
Federal Public Defender
601 Walnut Street
Suite 545 West-Curtis Building
Philadelphia, PA 19106
Billy_nolas@fd.org

Elizabeth Hagerty
Hogan lovells US LLP
Columbia Square
555 13th Street, NW
Washington, DC  20004-1109
Elizabeth.hagerty@hoganlovells.com

Catherine Emily Stetson, Esq.
Hogan Lovells US LLP
Columbia Square
555 13th Street, NW
Washington, DC  20004-1109
Cate.stetson@hoganlovells.com

Pieter H.B. Van Tol, III
Hogan Lovells US LLP
39- Madison Avenue
New York, NY 10017
pieter.vantol@hoganlovells.com

Alan Evan Schoenfeld
Wilmer Cutler Pickering Hale and Door LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007
Alan.schoenfeld@wilmerhale.com

Arin Smith
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006-1420
Arin.smith@wilmerhale.com

**Attachment 9**

Joshua Michael Koppel
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006-1420
Joshua.Koppel@wilmerhale.com

Jonathan Stuart Jeffress, Attorney
KaiserDillon PLLC
10989 14th Street, NW
8th Floor West
Washington, DC 20005
jjeffress@kaiserdillon.com

**Attachment 9**

| | Search documents in this case: | Search |
|---|---|---|

## No. 19A615 *** CAPITAL CASE ***

| Title: | William P. Barr, Attorney General, et al., Applicants<br>v.<br>James H. Roane, Jr., et al. |
|---|---|
| Docketed: | December 2, 2019 |
| Lower Ct: | United States Court of Appeals for the District of Columbia Circuit |
| Case Numbers: | (19-5322) |

| DATE | PROCEEDINGS AND ORDERS |
|---|---|
| Dec 02 2019 | Application (19A615) for a stay or vacatur, submitted to The Chief Justice.<br><br>**Main Document**     **Proof of Service** |
| Dec 03 2019 | Motion for leave to file amicus brief and motion for leave to file brief in compliance with Rule 33.2 filed by Arizona, et al.<br><br>**Main Document**     **Other**     **Proof of Service** |
| Dec 04 2019 | Response to application from respondent Daniel Lewis Lee filed.<br><br>**Main Document**     **Proof of Service** |
| Dec 05 2019 | Reply of applicants Barr, Att'y Gen., et al. filed.<br><br>**Proof of Service**     **Reply** |
| Dec 06 2019 | Application (19A615) referred to the Court. |
| Dec 06 2019 | Application (19A615) denied by the Court. We expect that the Court of Appeals will render its decision with appropriate dispatch. Statement of JUSTICE ALITO, with whom JUSTICE GORSUCH and JUSTICE KAVANAUGH join, respecting the denial of stay or vacatur. (Detached Opinion) |

**Attachment 9**

| NAME | ADDRESS | PHONE |
|---|---|---|
| **Attorneys for Petitioners** | | |
| Noel J. Francisco<br>Counsel of Record | Solicitor General<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br><br>SupremeCtBriefs@USDOJ.gov | 202-514-2217 |
| Party name: In Re Federal Bureau of Prisons' Execution Protocol Caes | | |
| **Attorneys for Respondents** | | |
| Catherine Emily Stetson<br>Counsel of Record | Hogan Lovells US LLP<br>555 13th Street, N.W.<br>Washington, DC 20004-1109<br><br>cate.stetson@hoganlovells.com | 2026375491 |
| Party name: Daniel Lewis Lee | | |
| Alan Evan Schoenfeld<br>Counsel of Record | Wilmer, Cutler, Pickering, Hale and Dorr, LLP<br>7 World Trade Center, 250 World Trade Center<br>New York, NY 10007<br><br>alan.schoenfeld@wilmerhale.com | (212)-937-7294 |
| Party name: Wesley Ira Purkey | | |
| **Other** | | |
| Rusty Duane Crandell<br>Counsel of Record | Office of the Attorney General, State of Arizona<br>2005 N. Central Avenue<br>Phoenix, AZ 85004<br><br>Rusty.Crandell@azag.gov | 6025428540 |
| Party name: Arizona, Alabama, Arkansas, Georgia, Idaho, Indiana, Kansas, Louisiana, Missouri, Nebraska, Ohio, South Carolina, Texas, and Utah | | |

**Attachment 9**