UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRETTA WRIGHT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et. al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 20-0653 (CRC)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Defendants, the U.S. Department of Justice ("DOJ"), the Federal Bureau of Prisons ("BOP"), the U.S. Drug Enforcement Administration ("DEA"), and the U.S. Marshals Service ("USMS") (collectively "Defendants"), and Plaintiff, Gretta Wright, by undersigned counsel, respectfully report on the status of this case, pursuant to the Court's Minute Order of March 8, 2021 as follows:

1.  This case arises under the Freedom of Information Act ("FOIA") and involves requests for records relating to the lethal injection protocol for prisoners sentenced to death.

2.  In the last status report, OIP reported that it anticipated it would be able to provide its second interim response on or around April 6, 2021 and OIP now reports that it was in fact able to provide an interim response to Plaintiff on April 6th, 2021. OIP's consultation process remains ongoing but, at this time, OIP anticipates it will be in a position to provide another interim response on or around May 21st, 2021.

- 2 -

3.      Defendant BOP reports that since the last status update, BOP has completed its review for responsiveness and duplication of a portion of the records located during its search. Based on this initial partial review, BOP identified approximately 700 records which were determined to be not responsive to Plaintiff's request. The BOP will endeavor to process 200 pages of the remaining records each month and provide the results to Plaintiffs by the last day of each month.  Additionally, BOP received one set of consultation records from OIP, which BOP reviewed and returned to OIP on April 29, 2021.

4.      Defendant DEA reports that, as previously represented, DEA issued a determination with regard to electronic records on November 2, 2020.  DEA partially released 9 pages, withheld 81 pages in full, referred 3 pages to BOP, and sent 2 pages to BOP for consultation.  DEA has received a response from BOP with regard to both the 3-page referral and the 2-page consultation, and has withheld in full the 3 pages and has partially released the 2 pages.  Due to ongoing teleworking as part of COVID-19 precautions, DEA cannot yet estimate how long it will take to search for and process any paper records.

5.      As reported in the last report, Defendant USMS reports that it completed its searches, located no responsive records, and sent Plaintiff a notification to that effect.

6.      Counsel for the parties agreed to the language of this Joint Status Report and the parties propose that the Court set another joint status report by July 8, 2021.

Dated:  May 10, 2021
        Washington, DC

Respectfully submitted,

*/s/ Lynne Leonard*
ALEXANDER KURSMAN
LYNNE LEONARD
Federal Community Defender Office,
E.D. Pa.
601 Walnut Street
Suite 545 West
Philadelphia, PA 19106
215-928-0520
alex_kursman@fd.org
lynne_leonard@fd.org

*Attorneys for Plaintiff*

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:     */s/ Patricia McBride*
PATRICIA MCBRIDE
Assistant United States Attorney
Counsel for Plaintiff
555 Fourth Street N.W.
Washington, D.C. 20530
Phone: (202) 252-7123
Email: patricia.mcbride@usdoj.gov

*Attorneys for the United States of America*